UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donald R. Askew,                                          Civ. No. 20-2210 (SRN/LIB)

    Plaintiff,

v.                                                        **ORDER**

Jennifer J. McLaughlin,

    Defendant.

---

Donald R. Askew, P.O. Box 384, Star Buck, MN 56301, Plaintiff *pro se*.

---

    Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated December 2, 2020 [Doc. No. 4], and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. This matter is DISMISSED without prejudice based on a lack of subject matter jurisdiction; and

2. Plaintiff's application to proceed in forma pauperis, [Docket No. 2], is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                        BY THE COURT:

DATED: December 22, 2020                  s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge